IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SERON SMITH, #183 558,           )
                                 )
            Plaintiff,           )
                                 )
v.                               ) CASE NO. 2:16-CV-728-WKW
                                 )              [WO]
WILLIAM BENNETT, *et al*.,        )
                                 )
            Defendants.          )

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on September 26, 2016.  (Doc. # 3.)  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation (Doc. # 3) is ADOPTED, and it is ORDERED that this action is transferred to the United States District Court for the Northern District of Alabama under 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 21st day of October, 2016.

                    /s/ W. Keith Watkins
            CHIEF UNITED STATES DISTRICT JUDGE